# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER VOTTO,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN WALSH, JR., HUGH GALLAGHER, MARVIN SCHLANGER, THOMAS DONOVAN, K. RICHARD TURNER, ANNE POL, WILLIAM MARRAZZO, BRIAN FORD, PEDRO RAMOS, JOHN HARTMANN, FRANK HERNANCE, ROGER PERREAULT, AMERIGAS PARTNERS, L.P., UGI CORPORATION, AMERIGAS, INC., AMERIGAS PROPANE, INC., AMERIGAS PROPANE HOLDINGS, INC., and AMERIGAS PROPANE HOLDINGS, LLC,<br><br>               Defendants. | Civil Action No: 2:19-cv-02888 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Peter Votto ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 11, 2019

                                                     **DONOVAN LITIGATION GROUP, LLC**

                                                     By: *Michael D. Donovan*
                                                          Michael D. Donovan
                                                   1885 Swedesford Road
                                                   Malvern, PA 19355
                                                   Tel: (610) 647-6067
                                                   Email: mdonovan@donovanlitigationgroup.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South
New York, NY  10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*

**MOORE KUEHN, PLLC**
Fletcher Moore, Esq.
30 Wall Street, 8th Floor
New York, NY 10005

*Of Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September 2019, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Courts by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record.

*Michael D. Donovan*
Michael D. Donovan